## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   5:26-cv-01416-JWH-SSC                   Date: May 7, 2026

Title      Oscar Danilo Montealto Garcia v. Todd Lyons, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|              Teagan Snyder              |                n/a                |
|:---------------------------------------:|:---------------------------------:|
|               Deputy Clerk              |      Court Reporter / Recorder     |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
        None Present                              None Present

**Proceedings:**   (IN CHAMBERS) **Order Setting Hearing on the Petition**

The Court sets this matter for a hearing on the petition for Tuesday, May 12, 2026, at 10:00 a.m. before Magistrate Judge Stephanie S. Christensen by videoconference.  The parties should prepare to discuss (1) the current status of Petitioner's removal proceedings, (2) whether Petitioner has had a bond hearing to date, and (3) the authority under which the bond hearing Respondents do not oppose can be ordered, *e.g.*, case law, statute, agency policy, etc.  The clerk is ordered to provide video conference information to the parties.  Public access is available in courtroom 790 of the Roybal Federal Building.

**IT IS O ORDERED.**

|                                        |    :    |
|----------------------------------------|:-------:|
|          Initials of Preparer          |  **ts** |