UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DANILO MONTEALTO GARCIA,<br><br>                    Petitioner,<br><br>          v.<br><br>TODD LYONS, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01416-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.     The unopposed petition is granted;

2.     Respondents are enjoined Respondents from continuing to detain Petitioner unless no later than **May 20, 2026**, he is provided with an individualized bond hearing at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public; and

3.     The Clerk of Court is directed to close this case.

DATED: May 14, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE